IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**WELLS FARGO BANK, N.A., as
successor-by-merger to Wachovia
Bank, National Association,**

      Plaintiff,

v.                                    CASE NO. 5:13-cv-293-RS-EMT

**PAMELA ATKINS FRANCISCO and
FRED P. KARSNER,**

      Defendants.
_____/

## ORDER

Before me is Defendant Karsner's Motion for Summary Judgment (Doc. 78).

The basic issue before the court on a motion for summary judgment is "whether the evidence presents a sufficient disagreement to require submission to a jury or whether it is so one-sided that one party must prevail as a matter of law." *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 251, 106 S. Ct. 2505, 2512 , 91 L. Ed. 2d 202 (1986). The moving party has the burden of showing the absence of a genuine issue as to any material fact, and in deciding whether the movant has met this burden, the court must view the movant's evidence and all factual inferences arising from it in the light most favorable to the nonmoving party. *Adickes v. S. H.*

*Kress & Co.,* 398 U.S. 144, 157, 90 S. Ct. 1598, 1608, 26 L. Ed. 2d 142 (1970); *Fitzpatrick v. City of Atlanta*, 2 F.3d 1112, 1115 (11th Cir. 1993).  Thus, if reasonable minds could differ on the inferences arising from undisputed facts, then a court should deny summary judgment. *Miranda v. B & B Cash Grocery Store, Inc.*, 975 F.2d 1518, 1534 (11th Cir. 1992) (citing *Mercantile Bank & Trust v. Fidelity & Deposit Co.*, 750 F.2d 838, 841 (11th Cir. 1985)).  However, a mere 'scintilla' of evidence supporting the nonmoving party's position will not suffice; there must be enough of a showing that the jury could reasonably find for that party.  *Walker v. Darby*, 911 F.2d 1573, 1577 (11th Cir. 1990) (citing *Anderson*, 477 U.S. at 251).

Karsner contends that his mortgage was indisputably released by Wells Fargo. Wells Fargo counters that while the mortgage was released, it was only released because they refinanced the mortgage, and they are now suing over the newer mortgage.

Disputed issues of material facts clearly remain in this case. Accordingly, Defendant Karsner's Motion for Summary Judgment (Doc. 78) is **DENIED**.

**ORDERED** on September 10, 2014.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**